127 A.3d 1286

**ESTATE OF Isabel WILNER, Deceased.**

**Petition of Linda Baker.**

Supreme Court of Pennsylvania.

Nov. 26, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 26th day of November, 2014, the Petition for Allowance of Appeal is **GRANTED.** The issue is:

Whether this Court should accept jurisdiction to determine if it should overrule the rigid application of the irrebutable "two witness" rule, particularly in cases where a disinterested scrivener, an officer of the [c]ourt, testifies credibly concerning the contents of the [w]ill and where[,] based on the overwhelming evidence in the case as determined by the trier of fact[,] application of the rule would create the very injustice that it was intended to avoid[.]

Petitioner's Application for Leave to File a Reply to Answer to address her standing in this matter is **DENIED,** as respondent waived the issue of petitioner's standing by failing to raise it in the Superior Court. *See* Pa.R.A.P. 302(a); *In re Condemnation by Urban Redevelopment Authority of Pittsburgh,* 590 Pa. 431, 913 A.2d 178, 181 n. 6 (2006) (noting standing in Pennsylvania is nonjurisdictional and therefore waivable (citation omitted)).